**FILED**
CLERK, U.S. DISTRICT COURT

12/01/14

CENTRAL DISTRICT OF CALIFORNIA
BY: SB_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DENNIS KELLY, | Case No. CV 14-2294 FMO (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| LOUIS J. MILUSNIC, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Government's motion to dismiss this action is granted and this action is dismissed without prejudice.

DATE: December 1, 2014           _____/s/_____
                                 HON. FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE